# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **FRANCA HELENA GAGLIANO-McFARLAND,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | 1:10-cv-490-GZS |
| v. | ) | |
| | ) | |
| **GIRI COMMUNITY DRIVE LLC, et al.,** | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 16, 2011, her Recommended Decision (Docket No. 24). Defendants Giri Civic Drive, LLC, Giri Glenmoore, LLC, Giri Waterville, LLC, Giri Hotels, LLC, President's City Inn and Giri Management, LLC filed their Objection to the Recommended Decision (Docket No. 25) on June 2, 2011. Plaintiff filed her Reply Supporting Recommended Decision and Response to Defendants' Objections to the Recommended Decision (Docket No. 26) on June 20, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 14) is **GRANTED IN PART** and **DENIED IN PART**.

3. It is hereby **ORDERED** that Defendants' Motions to Dismiss (Docket Nos. 8, 19) are **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 22nd day of June, 2011.